**Order entered December 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00581-CV

### SIMON MENGELE, Appellant

### V.

### UNITED TOWS, LLC AND HENRY MILLER, Appellees

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-17-06296-A**

## ORDER

Before the Court is appellant's December 6, 2019 request for a seven-day extension of time to file his opening brief. We **GRANT** the request and **ORDER** the brief be filed no later than December 17, 2019.

/s/    BILL WHITEHILL
       JUSTICE